UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KARIN LAMEIJER,<br><br>    Plaintiff,<br><br>vs.<br><br>CIGNA GROUP, CIGNA HEALTH AND LIFE INSURANCE COMPANY, CIGNA GLOBAL INSURANCE COMPANY, and DOES I through XXX,<br><br>    Defendants. | Case No. 3:24-cv-00068-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO MOTION TO DISMISS**<br><br>**FIRST REQUEST** |

  Pursuant to LR IA 6-1 of the Local Rules of Practice for the United States District Court, District of Nevada, the parties, by and through their attorneys, stipulate and agree to extend time in which to file Plaintiffs' Opposition to Defendants' Motion to Dismiss (Doc. No. 9). The Motion was filed on March 8, 2024 and the Opposition is due on March 22, 2024. The parties stipulate and request an extension of time for Plaintiffs to file the Opposition to Motion to Dismiss on or before April 12, 2024.

  This is the first stipulation and not being done for purposes of delay. Plaintiff's counsel has made prior commitments including a reply appellate brief with the Nevada Supreme Court, and from the Plaintiff's perspective the Defendant's motion is dispositive and raises unique issues with respect to Nevada insurance laws and to other matters, and counsel needs additional time to respond to the motion.

1  The parties herein stipulate and agree that this Court may enter an Order for Plaintiff's Opposition to Motion to Dismiss would be due on or before April 12, 2024.

DATED this 13th day of March 2024.

**MATTHEW L. SHARP, LTD.**

/s/ Matthew L. Sharp
Matthew L. Sharp, Esq.
Nevada State Bar No. 4746
matt@mattsharplaw.com
432 Ridge Street
Reno, NV 89501
Telephone: 775-324-1500
*Attorney for Plaintiff Karin Lameijer*

DATED this 13th day of March 2024.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ Kristina N. Holmstrom
Kristina N. Holmstrom, Esq.
Kristina.holmstrom@ogletree.com
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602-778-3700
*Attorney for Defendants Cigna Health and Life Insurance Company, and Cigna Global Insurance Company*

**ORDER**

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: March 14, 2024