# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KARIN LAMEIJER,<br><br>          Plaintiff,<br><br>vs.<br><br>CIGNA GROUP, CIGNA HEALTH AND LIFE INSURANCE COMPANY, CIGNA GLOBAL INSURANCE COMPANY, and DOES I through XXX,<br><br>          Defendants. | Case No.: 3:24-cv-00068-ART-CSD<br><br>**ORDER GRANTING**<br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO REPLY TO MOTION TO DISMISS (DKT. 9)**<br><br>**SECOND REQUEST** |

      The parties, by and through their undersigned counsel, hereby stipulate and agree that the time in which Defendants Cigna Health and Life Insurance Company and Cigna Global Insurance Company Limited may file a Reply to Motion to Dismiss (Dkt. 9) is extended, by 7 days, to and including May 10, 2024.

      Counsel for Defendants requested this extension because the reply brief discusses numerous complex legal issues and her client has been out of the office for a period of time. An additional week is necessary for counsel to consult with her client on the reply. This is Defendants' second request for extension related to the Motion to Dismiss, and is not sought for purposes of delay and is requested in good faith by the parties.

      Dated this 29th of April, 2024.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ Kristina N. Holmstrom
Kristina N. Holmstrom
kristina.holmstrom@ogletree.com
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602-778-3700
Fax:  602-778-3750
*Attorney for Defendants Cigna Health and Life Insurance Company, and Cigna Global Insurance Company Limited*

**MATTHEW L. SHARP, LTD.**

/s/ Matthew L. Sharp
Matthew L. Sharp
Nevada State Bar No. 4746
matt@mattsharplaw.com
432 Ridge Street
Reno, NV  89501
Telephone: 775-324-1500
*Attorney for Plaintiff Karin Lameijer*

IT IS SO ORDERED:

_____
Anne R. Traum
United States District Judge

DATED: May 1, 2024

2