|1
|2
|3
|4
|5
|6
|7

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

|   |   |
|---|---|
| KARIN LAMEIJER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CIGNA GROUP, CIGNA HEALTH AND LIFE INSURANCE COMPANY, CIGNA GLOBAL INSURANCE COMPANY, and DOES I through XXX,<br><br>　　　　　　Defendants. | Case No.: 3:24-cv-00068-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDCE** |

　　　　Defendants Cigna Health and Life Insurance Company and Cigna Global Insurance Company ("Defendants"), and Plaintiff Karin Lameijer ("Plaintiff"), by and through undersigned counsel, hereby stipulate that all claims Plaintiff had or may have had against the Defendants that are contained in, are reasonably related to or could have been brought in the above-captioned action are hereby dismissed, with prejudice, in their entirety. Each party to bear their own attorneys' fees and costs.

　　　　Dated this 6th day of September, 2024.

　　　　　　　　　　　　　　　　　　　　**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

　　　　　　　　　　　　　　　　　　　　/s/ Kristina N. Holmstrom

Kristina N. Holmstrom
kristina.holmstrom@ogletree.com
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602-778-3700
Fax:  602-778-3750
*Attorney for Defendants Cigna Health and Life Insurance Company, and Cigna Global Insurance Company Limited*

**MATTHEW L. SHARP, LTD.**

/s/ Matthew L. Sharp
Matthew L. Sharp
Nevada State Bar No. 4746
matt@mattsharplaw.com
432 Ridge Street
Reno, NV  89501
Telephone: 775-324-1500
*Attorney for Plaintiff Karin Lameijer*

IT IS SO ORDERED:

_____
Anne R. Traum
United States District Judge

DATED: September 9, 2024

2